UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PIERRE A. VINCENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:14-cv-00238-JAW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 8, 2015, the Plaintiff moved to extend the deadline to file an objection to the Report and Recommended Decision and the motion was partially granted, extending the deadline to June 15, 2015. However, the Plaintiff has failed to file an objection. Therefore, with no objection having been filed to the Magistrate Judge's Recommended Decision filed March 25, 2015 (ECF No. 16), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Defendant's Motion to Dismiss for Lack of Jurisdiction (ECF No. 12) be and hereby is granted and the Plaintiff's Complaint (ECF No. 1) is hereby DISMISSED.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 7th day of July, 2015